**No. 41962.**—Protest 316244-G of Saks & Co. (New York).

Opinion by DALLINGER, J.  It was stipulated that the merchandise consists of boxes, atomizers, bottles, flacons, trays, and bonbonnieres chiefly used in the

household for utilitarian purposes.    The claim at 40 percent under paragraph 339 was therefore sustained.    *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Rice* v. *United States* (T. D. 49373) cited.